UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

BAYCARE HEALTH SYSTEMS, LLC,

    Plaintiff,

v.

AECOM USA, INC.,

    Defendant.

Case No. 17-CV-54

Hon. William C. Griesbach

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff BayCare Health Systems, LLC, by its undersigned attorneys, and Defendant AECOM USA, Inc., by its undersigned attorneys, that this action shall be dismissed on its merits, with prejudice, and without costs to either party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: August 2, 2018.

s/Jonathan T. Smies
Jonathan T. Smies
State Bar No. 1045422
Godfrey & Kahn, s.c.
200 S. Washington St., Ste 100
Green Bay, WI 54301
(920) 436-7988
jsmies@gklaw.com

*Attorneys for Plaintiff*

s/Elizabeth K. Miles
James E. Braza
State Bar No. 1002850
Elizabeth K. Miles
State Bar No. 1064284
Davis & Kuelthau, s.c.
111 E. Kilbourn Ave., Ste 1400
Milwaukee, WI 53202
(414) 225-1491
emiles@dkattorneys.com

*Attorneys for Defendant*